PAUL M. WARNER, United States Attorney (#3389)
MARK K. VINCENT, Assistant United States Attorney (#5357)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6924

FILED
CLERK, U.S. DISTRICT COURT
-1 NOV 00 PM 3: 33
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON BRENT BODILY,<br><br>Defendant. | 2:00CR-0512W<br><br>INDICTMENT<br><br>VIO. 18 U.S.C. § 2422<br>[ENTICEMENT FOR ILLEGAL<br>SEXUAL ACTIVITY]. |

The Grand Jury charges:

COUNT I

On or about June 13, 2000, through June 20, 2000, in the Central Division of the District of Utah,

GORDON BRENT BODILY,

the defendant herein, knowingly persuaded, induced, enticed, ~~and~~ or coerced an individual, that is B.N.D. (a juvenile, DOB: 12/01/82), to travel interstate commerce from North Carolina to Utah to engage in sexual activity under such circumstances as would constitute a criminal offense by any person under Utah State law, specifically UCA § 76-5-401.2 [unlawful sexual conduct

with a minor]; all in violation of Title 18, United States Code, Section 2422.

                      A TRUE BILL:

                      *Pamela Bates*
                      FOREPERSON FOR THE GRAND JURY

APPROVED:

PAUL M. WARNER
United States Attorney

*Michele Christiansen for*
MARK K. VINCENT
Assistant United States Attorney