United States Probation Office
for the District of Utah

# Report on Offender Under Supervision

Name of Offender: **Gordon Brent Bodily**   Docket Number: **2:00-CR-00512-001-DKW**

Name of Sentencing Judicial Officer:   **David K. Winder**
**Senior United States District Judge**

Date of Original Sentence: **March 29, 2001**

Original Offense:   **Enticement for Illegal Sexual Activity**

Original Sentence:   **21 Months Bureau of Prisons Custody/24 Months Supervised Release**

Type of Supervision:   **Supervised Release**   Supervision Began: **November 15, 2002**

## SUMMARY

The state of Department of Corrections for the state of Utah has requested that the Presentence Report for the above-named defendant be released to ensure the defendant's compliance with sex offender registration requirements.

If the Court desires more information or another course of action, please contact me at (801) 535-2792.

I declare under penalty of perjury that the foregoing is true and correct.

Hugh D. Watt
U.S. Probation Officer
Date: March 11, 2009

THE COURT:
[✓] Approves the request noted above
[ ] Denies the request noted above
[ ] Other

Honorable ~~David K. Winder~~ Dee Benson
Senior United States District Judge
Date: 3/11/09